**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

JIQIN YANG                                    CIVIL ACTION NO. 25-1962

                                              SECTION P

VS.

                                              JUDGE TERRY A. DOUGHTY

WARDEN JACKSON PARISH                         MAG. JUDGE KAYLA D. MCCLUSKY
CORRECTIONAL CENTER, ET AL.

## ORDER

Petitioner Jiqin Yang petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2241. Citing *Zadvydas v. Davis*, 533 U.S. 678 (2001), he claims that his "removal has still yet to be effectuated, with no likelihood it will be in the foreseeable future given no travel documents have been issued by China despite apparent ongoing requests."

On January 2, 2026, Respondents filed a response, opposing Petitioner's petition. [doc. # 7]. Counsel for Respondents notes that she "is awaiting information from Respondents regarding specific efforts being taken to execute Petitioner's removal and will supplement this response once received." *Id.* at n.2.

Upon consideration,

**IT IS ORDERED** that within **14 days** from the date of this Order, Respondents may either supplement their response with any additional evidence regarding the likelihood of Petitioner's removal or, if necessary, request a hearing. Absent supplementation with additional evidence or a request for a hearing, the undersigned will proceed with a Report and Recommendation.

In Chambers, Monroe, Louisiana, this 2nd day of February, 2026.

_____

Kayla Dye McClusky

United States Magistrate Judge
