# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JIQIN YANG #A029-788-298** | **CASE NO.  3:25-CV-01962 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN JACKSON PARISH CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Jiqin Yang's ("Petitioner") petition for habeas corpus [Doc. No. 1] is **GRANTED**. Respondents, including the Warden of Jackson Parish Correctional Center, **SHALL** (A) immediately release Petitioner from custody without bond under reasonable conditions of supervision to be established by an ICE deportation officer and (B) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of his release no less than two hours before his release.

**IT IS FURTHER ORDERED** that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1]  Respondents

---

[1] In other words, it is the intent of the Court that Petitioner should not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.

shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

  **IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's claims concerning his conditions of confinement and medical care are **DISMISSED WITH PREJUDICE** here, but **WITHOUT PREJUDICE** to his right to raise them in a separate civil rights action.

  MONROE, LOUISIANA, this 23rd day of February 2026.

            _____
            TERRY A. DOUGHTY
            UNITED STATES DISTRICT JUDGE